No. 113. WILLIAM BRIGGS, PLAINTIFF IN ERROR, *v.* THE STATE OF KANSAS. In error to the Supreme Court of the State of Kansas. Submitted November 15, 1916. Decided December 4, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Dreyer* v. *Illinois,* 187 U. S. 71, 83–84; *Prentis* v. *Atlantic Coast Line,* 211 U. S. 210, 225; (2) *Baldwin* v. *Kansas,* 129 U. S. 52;

*Spies* v. *Illinois*, 123 U. S. 131; *Jacobi* v. *Alabama*, 187 U. S. 133; (3) *Equitable Life Assurance Society* v. *Brown*, 187 U. S. 308, 311; *Consolidated Turnpike* v. *Norfolk &c. Ry. Co.*, 228 U. S. 596, 600; *Manhattan Life Insurance Co.* v. *Cohen*, 234 U. S. 123, 137; (4) *Moore* v. *Missouri*, 159 U. S. 673; *McDonald* v. *Massachusetts*, 180 U. S. 311; *Graham* v. *West Virginia*, 224 U. S. 616; *Carlesi* v. *New York*, 233 U. S. 51. *Mr. A. M. Harvey* for the plaintiff in error. *Mr. James P. Coleman* for the defendant in error.